IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00985-MSK-CBS

MARTHA A. CESERY TAYLOR, an individual residing in Florida, and
WALTER Q. TAYLOR, an individual residing in Florida,

      Plaintiffs,

v.

DAVID E. K. PANICO, an individual residing in Colorado,
JANICE L. PANICO a/k/a/ JAN PANICO, an individual residing in Colorado,
CAROL DOPKIN, an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC., a/k/a CAROL DOPKIN REAL
ESTATE, INC., a Colorado Corporation,

      Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 15th day of May, 2007.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge