**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:** 07-cv-00985-MSK-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** July 18, 2007 | **Courtroom Deputy:** Ben Van Dyke |

MARTHA A. CESERY TAYLOR, *et al.,*               Laura J. Hazen
                                                                              Timothy G. Atkinson
    **Plaintiffs,**

v.

JANICE L. PANICO, *et al.,*                                   William B. Stanton
                                                                              Cherami Ball Costigan
    **Defendants.**                                     Kenneth L. Levinson

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       9:18 a.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**ORDERED:**  The oral motion to withdraw Defendants David E.K. Panico and Janice L. Panico's Motion to Stay Pursuant to C.R.S. § 13-20-803.5(9) [filed June 13, 2007; doc. 8] is granted.  The motion is withdrawn without prejudice to defendants' right to put forth liability limitation defenses.

**SETTLEMENT CONFERENCE**  is set for **August 28, 2007 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party may submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before August 23, 2007** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**ORDERED:  All discovery in this case is stayed until September 3, 2007.**

**ORDERED:  Scheduling Conference continued to September 4, 2007 at 9:15 a.m.**

HEARING CONTINUED.
**Court in recess:**     **9:53 a.m.**
Total time in court:     00:35