**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00985-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: October 29, 2007** | **Courtroom Deputy:** Ben Van Dyke |

MARTHA A. CESERY TAYLOR, *et al.*,   Stefania C. Scott
　　　　　　　　　　　　　　　　　　　　Timothy G. Atkinson
　　**Plaintiffs,**

v.

JANICE L. PANICO, *et al.*,　　　　　　Kenneth L. Levinson
　　　　　　　　　　　　　　　　　　　　William B. Stanton
　　**Defendants.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTIONS HEARING**
**Court in Session:     10:48 a.m.**
Court calls case. Appearances of counsel.

Counsel present arguments regarding the Motion for Leave to File Amended Complaint [filed September 13, 2007; doc. 33].

**ORDERED:  The Motion for Leave to File Amended Complaint [filed September 13, 2007; doc. 33] is granted for the reasons stated on the record. The Amended Complaint attached as exhibit A to the motion is deemed filed on this date.**

HEARING CONCLUDED.

**Court in Recess:     11:33 a.m.**
Total In-Court Time:     00:45