IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00985-MSK-CBS

MARTHA A. CESERY TAYLOR, an individual residing in Florida, and
WALTER Q. TAYLOR, an individual residing in Florida,

        Plaintiffs,

v.

DAVID E. K. PANICO, an individual residing in Colorado,
JANICE L. PANICO a/k/a/ JAN PANICO, an individual residing in Colorado,
CAROL DOPKIN, an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC., a/k/a CAROL DOPKIN REAL
ESTATE, INC., a Colorado corporation,

        Defendants.

## ORDER DENYING MOTION TO DISMISS, AS MOOT

THIS MATTER comes before the Court on a motion to dismiss **(#11)** Claim 5 in the original Complaint filed by Defendants Carol Dopkin and Carol Dopkin Real Estate and Ranch, Inc. Due to the filing of an Amended Complaint **(#45)**, the motion to dismiss is now moot.

**IT IS THEREFORE ORDERED** that the motion to dismiss **(#11)** Claim 5 in the original Complaint is **DENIED**, as moot.

Dated this 7th day of November, 2007

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge