IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00985-MSK-KMT

MARTHA A. CESERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

    Plaintiffs,

v.

DAVID E. K. PANICO,
an individual residing in Colorado,
JANICE L. PANICO
a/k/a/ JAN PANICO,
an individual residing in Colorado,
CAROL DOPKIN,
an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC.,
a/k/a CAROL DOPKIN REAL ESTATE, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Defendants' "Unopposed Motion to Amend the Scheduling Order for an Enlargement of Time to File Expert Witness Disclosures" (#65 filed, February 29, 2008) is GRANTED. Expert witness disclosures are due March 11, 2008. Rebuttal expert witness disclosures are due April 27, 2008.

Dated: March 5, 2008