IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00985-MSK-KMT

MARTHA A. CESERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

    Plaintiffs,

v.

DAVID E. K. PANICO,
an individual residing in Colorado,
JANICE L. PANICO
a/k/a/ JAN PANICO,
an individual residing in Colorado,
CAROL DOPKIN,
an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC.,
a/k/a CAROL DOPKIN REAL ESTATE, INC.,
a Colorado corporation,

    Defendants.

**ORDER**

This matter is before the court on the Joint Motion to Modify Scheduling Order to Extend Discovery Deadline [Doc. No. 74, filed March 13, 2008] and Joint Motion to Modify Scheduling Order to Vacate Settlement Conference [Doc. No. 75, filed March 13, 2008]. The court has reviewed the motions of the parties and the reasons and rationale behind the joint requests for extension of certain deadline dates. The court finds that the parties requests are reasonable and

rooted in a desire to save costs and fees and engage in mediation through an outside arbiter in an attempt to settle the case. Additionally, the extensions will not interfere with the date currently set by the District Court for Final Pretrial Conference of November 5, 2008 at 4:00 p.m.

It is therefore ORDERED that the Joint Motions to Modify the Scheduling Order in this case [Doc. No. 74 and Doc. No. 75] are GRANTED.

It is further ORDERED:

1. The revised discovery cut-off date will be June 30, 2008 and the revised date by which dispositive motions may be filed will be July 30, 2008. All other discovery dates will remain as previously set, including any extensions previously granted.

2. The settlement conference currently scheduled for March 21, 2008 is hereby VACATED.

3. A status conference is hereby scheduled in this case for **May 1, 2008,** at **9:00 a.m.** in Courtroom A-601, sixth floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel shall prepare and submit a status report outlining discovery accomplished to date, discovery yet to be completed, the arrangements which have been made to conduct the independent mediation contemplated by the parties' joint motion, and a statement regarding any outstanding motions which need to be resolved in order to allow the parties to engage in meaningful settlement negotiations by no later than April 24, 2008 (5 business days before the conference). Further, to the extent the parties have not made arrangements for outside mediation, the parties should be prepared to schedule a settlement conference with the Magistrate Judge within sixty days.

4. No further extensions of discovery scheduling will be granted without a showing of extraordinary circumstances.

DATED this 17th day of March, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge