IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00985-MSK-KMT

MARTHA A. CESERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

     Plaintiffs,

v.

DAVID E. K. PANICO,
an individual residing in Colorado,
JANICE L. PANICO
a/k/a/ JAN PANICO,
an individual residing in Colorado,
CAROL DOPKIN,
an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC.,
a/k/a CAROL DOPKIN REAL ESTATE, INC.,
a Colorado corporation,

     Defendants.

# ORDER

This matter is before the court on Plaintiffs' "Partially Unopposed Motion to Withdraw as counsel for Plaintiffs" [Doc. No. 85, filed June 12, 2008] and Plaintiffs' "Partially Unopposed Motion to Modify Scheduling Order" [Doc. No. 86, filed June 12, 2008].

The motions are DENIED without prejudice. Plaintiffs' counsel are ordered to participate in the mediation now scheduled to take place on or about June 20, 2008. No motions to withdraw will be considered until after mediation is completed.

Dated this 16th day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge