IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00985-MSK-KMT

MARTHA A. CESERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

    Plaintiffs,

v.

DAVID E. K. PANICO,
an individual residing in Colorado,
JANICE L. PANICO
a/k/a/ JAN PANICO,
an individual residing in Colorado,
CAROL DOPKIN,
an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC.,
a/k/a CAROL DOPKIN REAL ESTATE, INC.,
a Colorado corporation,

    Defendants.

**ORDER**

This matter is before the court on the "Unopposed Motion for Leave to Submit Affidavit in Support of Renewed Motion to Withdraw as Counsel for Plaintiffs for *In Camera* Review or Under Seal," filed by Plaintiff's counsel, Ireland Stapleton Pryor & Pascoe, P.C. [Doc. No. 92, filed June 20, 2008].

The motion is GRANTED. The *in camera* affidavit shall be submitted to the chambers of Magistrate Judge Kathleen M. Tafoya, by electronic submission to Tafoya_Chambers@cod.uscourts.gov on or before July 18, 2008.

Dated this 14th day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge