# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-00985-MSK-KMT | FTR - Courtroom A-601 |
| **Date:** July 15, 2008 | Ellen E. Miller, Deputy Clerk |
| MARTHA A. CESERY TAYLOR, et al. | Laura J. Hazen |
| | Timothy G. Atkinson |
| Plaintiffs. | |
| v. | |
| DAVID E.K. PANICO, et al. | William Blair Stanton |
| CAROL DOPKIN and | Kenneth Levinson |
| CAROL DOPKIN REAL ESTATE AND RANCH, INC. | Cherami Ball Costigan |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session: 9:31 a.m.**

Court calls case. Appearances of counsel.

Discussion by the Court regarding the *"In Camera"* documentation submitted by Plaintiff's Counsel in support of the pending Motion to Withdraw as Counsel. The Court returns to Plaintiff's Counsel the documentation submitted.

**ORDERED:** Plaintiff's Renewed MOTION to Withdraw As Counsel [#90] is **GRANTED.**

**ORDERED:** Plaintiff's Unopposed MOTION to Stay re: Renewed MOTION to Withdraw As Counsel for Plaintiffs of Discovery and Other Related Deadlines Pending Determination of Renewed Motion to Withdraw [#91] is **GRANTED**. Discovery cut-off date is extended to September 15, 2008. Dispositive motion deadline is extended to October 15, 2008.

**ORDERED:** Plaintiff's MOTION for Extension of Time to File Response/Reply to Defendants' Motion for Summary Judgment [#102] is **GRANTED** up to and including August 01, 2008 to respond to Defendant's Motion for Summary Judgment [#94].

**Court in recess: 9:47 a.m.**
Total In-Court Time 00:16; Hearing concluded.
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.