IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00985-MSK-KMT

MARTHA A. CESERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

    Plaintiffs,

v.

DAVID E. K. PANICO,
an individual residing in Colorado,
JANICE L. PANICO
a/k/a/ JAN PANICO,
an individual residing in Colorado,
CAROL DOPKIN,
an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC.,
a/k/a CAROL DOPKIN REAL ESTATE, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiffs' "Partially Unopposed Motion to Modify Scheduling Order and to Extend Time for Responding to Summary Judgment Motion" (#116, filed September 4, 2008) is GRANTED in part. The scheduling deadlines are extended as follows:

    Plaintiff's response to summary judgment motion is due October 8, 2008
    Discovery cutoff is October 22, 2008
    Dispositive motions deadline is November 14, 2008

      Proposed Final Pretrial Order is due December 2, 2008
      Final pre-trial conference is set for **December 9, 2008 at 10:15 a.m.**

Plaintiffs' "Unopposed Supplemental Motion to Extend Deadline to Respond to Motion for Summary Judgment" (#120, filed September 5, 2008) is DENIED as moot.

Dated: September 8, 2008