IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00985-MSK-KMT

MARTHA A. CESERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

    Plaintiffs,

v.

DAVID E. K. PANICO,
an individual residing in Colorado,
JANICE L. PANICO
a/k/a/ JAN PANICO,
an individual residing in Colorado,
CAROL DOPKIN,
an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC.,
a/k/a CAROL DOPKIN REAL ESTATE, INC.,
a Colorado corporation,

    Defendants.

---

**ORDER**

---

It has come to the attention of this court that a new date for the Final Pretrial Conference was inadvertently set before Magistrate Judge Kathleen Tafoya by Minute Order dated September 8, 2008. [Doc. No. 121]. District Court Judge Marcia S. Krieger sets and conducts her own Final Pretrial Conferences and issues her own Final Pretrial Orders. Judge Krieger has

previously set this matter for a Final Pretrial Conference on November 5, 2008 at 4:00 p.m. [Doc. No. 32, filed September 4, 2007].

Therefore, it is **ORDERED**

The Final Pretrial Conference set before Magistrate Judge Tafoya for December 9, 2008 at 10:15 a.m. is **VACATED** and that portion of the September 8, 2008 Minute Order concerning submission of a Proposed Final Pretrial Order is **STRICKEN**. All other provisions of the Minute Order dated September 8, 2008 [Doc. No. 121] remain in full force and effect.

To the extent the Magistrate Court's September 8, 2008 Minute Order affected the deadlines and hearings concerning this case, the Clerk shall correct the record to show **the Final Pretrial Conference is set for November 5, 2008 at 4:00 p.m.** before District Court Judge Marcia S. Krieger in accord with the Court's Order of September 4, 2007.

Dated this 10th day of September, 2008.

                                                 **BY THE COURT:**

                                                 Kathleen M. Tafoya
                                                 United States Magistrate Judge