IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00985-MSK-CBS

MARTHA A. CESERY TAYLOR, an individual residing in Florida, and
WALTER Q. TAYLOR, an individual residing in Florida,

      Plaintiffs,

v.

DAVID E. K. PANICO, an individual residing in Colorado,
JANICE L. PANICO a/k/a/ JAN PANICO, an individual residing in Colorado,
CAROL DOPKIN, an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC., a/k/a CAROL DOPKIN REAL
ESTATE, INC., a Colorado corporation,

      Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court on the Panico Defendants Unopposed Motion to Excuse Defendant Janice Panico's Attendance from Final Pretrial Conference (**#136**) and the Plaintiffs Partially Unopposed Motion to Excuse Them From Attendance at the Final Pretrial Conference (**#137**). Having reviewed the Motions, the Court **FINDS** that good cause exists for granting the relief requested,

**IT IS THEREFORE ORDERED** that the Motions are **GRANTED** and the Panico Defendants and Plaintiffs are permitted to appear at the Final Pretrial Conference by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than 5:00 p.m. on November 4, 2008, to make arrangements.

DATED this 4th day of November, 2008.

                                             **BY THE COURT:**

Marcia S. Krieger
United States District Judge