IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: November 5, 2008 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 07-cv-00985-MSK-KMT

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MARTHA A. CESERY TAYLOR, an individual residing in Florida, and | Harlan Pelz |
| WALTER Q. TAYLOR, an individual residing in Florida, | Kirian Lasater |

　　　　Plaintiffs,

v.

| | |
|---|---|
| DAVID E. K. PANICO, an individual residing in Colorado, | William Stanton |
| JANICE L. PANICO a/k/a/ JAN PANICO, an individual residing in Colorado, | Cherami Costigan |
| CAROL DOPKIN, an individual residing in Colorado, and | Kenneth Levinson |
| CAROL DOPKIN REAL ESTATE AND RANCH, INC., a/k/a CAROL DOPKIN REAL ESTATE, INC., a Colorado corporation, | |

　　　　Defendants.

## COURTROOM MINUTES

HEARING:　Final Pretrial Conference.

**4:06 p.m.　Court in session.**

Counsel are present as listed above. Party plaintiffs and defendants are present by telephone.

The Court addresses preliminary matters with the parties.

The Court advises counsel to reassess the amount of time necessary for trial in light of comments with regard to the witness and exhibit lists and proposed final pretrial order.

The Court addresses that the case is not ready to proceed to trial.

The Court addresses the inadequacy of the current final pretrial order.

The Court addresses the pending motion for summary judgment (Doc. #94).

**ORDER:** Motion for Summary Judgment (**Doc. #94**) is **DENIED** with leave to refile it in accordance with the Practice Standards by the dispositive motion deadline of **November 14, 2008.** No further extensions will be granted.

The Court addresses any additional motions that may be filed and the 702 motion process.

**ORDER**: Revised final pretrial order to be filed by **December 5, 2008.**

**ORDER:** Revised witness and exhibit lists to be filed by **December 5, 2008**.

**ORDER:** Joint proposed jury instructions, including a statement of the case and stipulated facts instruction and proposed *voir dire* will be filed by **December 5, 2008.**

**ORDER:** Any additional motions (other than dispositive motions) will be filed by **December 5, 2008.**

**ORDER:** The Court instructs the parties to set up a settlement conference with Magistrate Judge Tafoya. (**Parties must be present**)

**ORDER:** A further final pretrial conference is set for **February 2, 2009, at 1:30 p.m. (Parties must be present.)**

**5:10 p.m.** **Court in recess.**

**Total Time: 1 hours 4 minutes.**
**Hearing continued.**