IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00985-MSK-KMT

MARTHA A. CELERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

    Plaintiffs,

v.

DAVID E. K. PANIC,
an individual residing in Colorado,
JANICE L. PANIC
a/k/a/ JAN PANIC,
an individual residing in Colorado,
CAROL DOPKIN,
an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC.,
a/k/a CAROL DOPKIN REAL ESTATE, INC.,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge

The "Plaintiffs' Motion to Excuse Walter Taylor From Attendance at Settlement Conference" (#169, filed January 12, 2009) is GRANTED. Plaintiff Walter Taylor is excused from attendance at the January 13, 2009 Settlement Conference.

Dated: January 12, 2009