IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00985-MSK-KMT

MARTHA A. CESERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

    Plaintiffs,

v.

DAVID E. K. PANICO,
an individual residing in Colorado,
JANICE L. PANICO
a/k/a/ JAN PANICO,
an individual residing in Colorado,
CAROL DOPKIN,
an individual residing in Colorado, and
CAROL DOPKIN REAL ESTATE AND RANCH, INC.,
a/k/a CAROL DOPKIN REAL ESTATE, INC.,
a Colorado corporation,

    Defendants.

## **ORDER**

This matter is before the court on Dopkin Defendants' Withdrawal of Motion to Quash [Doc. No. 182, filed March 4, 2009].

It is **ORDERED**

Dopkin Defendants' Withdrawal of Motion to Quash [Doc. No. 182] is **GRANTED**. The Clerk shall mark and docket Doc. No. 124, "Motion to Quash," as withdrawn as moot and terminate the motion.

Dated this 4th day of March, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge