# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: March 6, 2009 |
| Court Reporter: | Paul Zuckerman | |

Civil Action No. 07-cv-00985-MSK-KMT

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MARTHA A. CESERY TAYLOR, an individual residing in Florida, and<br>WALTER Q. TAYLOR, an individual residing in Florida, | Harlan Pelz |
| Plaintiff, | |
| v. | |
| DAVID E. K. PANICO, an individual residing in Colorado,<br>JANICE L. PANICO a/k/a/ JAN PANICO, an individual residing in Colorado,<br>CAROL DOPKIN, an individual residing in Colorado, and<br>CAROL DOPKIN REAL ESTATE AND RANCH, INC., a/k/a CAROL DOPKIN REAL ESTATE, INC., a Colorado corporation, | William Stanton<br><br>Kenneth Levinson |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Rule 702

**2:08 p.m.      Court in session.**

The Court addresses whether the parties are ready to proceed.

Statement from defendant Panico and plaintiff's counsel who indicate they are not ready to proceed with the evidentiary hearing.

The Court addresses plaintiff counsel's motion to withdraw. Defendants have no objection.

**ORDER:**     Motion to Withdraw as Attorney (**Doc. #184**) is **GRANTED**. The Joint Motion under Rule 702 (**Doc. #159**) is deemed **WITHDRAWN** unless the plaintiffs retain counsel within 17 days of today's date (**March 23, 2009**), and said

counsel, upon entry of appearance, renews the request to have a determination of the Rule 702 issues. **Mr. Pelz will provide a copy of these minutes to plaintiffs immediately upon receipt.**

**ORDER:** Joint Motion to Vacate Evidentiary Hearing **(Doc. #189)** is **DENIED as moot.**

**2:24 p.m.** **Court in recess.**

**Total Time: 16 minutes.**
**Hearing concluded.**