**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   LaDonne Bush | Date: April 21, 2009 |
| Court Reporter:        Paul Zuckerman | |

Civil Action No. 07-cv-00985-MSK-KMT

| *Parties*: | *Counsel Appearing*: |
|---|---|
| MARTHA A. CESERY TAYLOR, an individual residing in Florida, WALTER Q. TAYLOR, an individual residing in Florida, | Rebecca Messall Scott Gessler |
| Plaintiffs, | |
| v. | |
| DAVID E. K. PANICO, an individual residing in Colorado, JANICE L. PANICO, a/k/a JAN PANICO, an individual residing in Colorado, CAROL DOPKIN, an individual residing in Colorado, and CAROL REAL ESTATE AND RANCH, INC., a/k/a CAROL DOPKIN REAL ESTATE, INC. a Colorado corporation, | William Stanton |
| Defendants. | |

**COURTROOM MINUTES OF FINAL PRETRIAL CONFERENCE**

**4:12 p.m.        Court in session.**

Plaintiffs Martha and Walter Taylor appear by telephone. Defendants Janice and David Panico are present in the courtroom.

**ORDER**:      Motion *in Limine* to Exclude Evidence (Doc. 155) is denied with leave to renew at time of trial.

**ORDER**:      Stipulated Motion to Modify Pretrial Order (Doc. 206) is granted.

Review of the proposed final pretrial order - matters addressed: defenses, witness list exhibit list, and length of trial

**ORDER**: Revised witness and exhibit lists shall be filed by May 6, 2009.

**ORDER**: Proposed jury instructions and voir dire questions shall be submitted by May 13, 2009.

Court explains jury selection process.

The parties do not object to jurors taking notes.

Defense counsel requests seven days for trial.

**ORDER**: Each side will have 18 hours, monitored by the chess clock, for all argument, opening statement, presentation of evidence, and closing argument.

**ORDER**: Trial to jury is set at 1:00 p.m. on December 14, 2009. Case will be to the jury by 5:00 p.m. on December 22, 2009.

**ORDER**: Counsel shall set a settlement conference with Magistrate Judge Tafoya.

Court's comments to the parties regarding settlement, trial and appeal.

Court instructs counsel to contact Ms. Glover to schedule technology training and to review the notebook with jurors' comments.

**5:08 p.m.**     **Court in recess.**

Total Time: 56 minutes.
Hearing concluded.