UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.  07-cv-00985-MSK-KMT

MARTHA A. CESERY TAYLOR, an individual residing in Florida, and WALTER Q. TAYLOR, an individual residing in Florida,

    Plaintiffs,

vs.

DAVID E. K. PANICO, an individual residing in Colorado

and

JANICE L. PANICO, a/k/a JAN PANICO, an individual residing in Colorado

    Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE (DOPKIN DEFENDANTS ONLY)

THIS MATTER coming before the Court upon the Stipulation for Dismissal With Prejudice **(#210)** prejudice filed by the Plaintiffs, Martha A. Cesery Taylor and Walter Q. Taylor, and Defendants, Carol Dopkin and Carol Dopkin Real Estate and Ranch, Inc. acting by and through their respective attorneys, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that all claims between the Plaintiffs and the Dopkin Defendants that were raised, sought to be raised, or could have been raised by and between these parties are hereby dismissed with prejudice, each party to bear his, her or its own court costs and attorney fees.  The caption shall be amended to so reflect on all future pleadings.

DATED this 1st day of May, 2009.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge