IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00985-KHV-KMT

MARTHA A. CESERY TAYLOR,
an individual residing in Florida, and
WALTER Q. TAYLOR,
an individual residing in Florida,

    Plaintiffs,

v.

DAVID E. K. PANICO,
an individual residing in Colorado, snf
JANICE L. PANICO
a/k/a/ JAN PANICO,
an individual residing in Colorado,

    Defendants.

---

**ORDER**

---

This matter is before the court on review of "Defendants' David E. K. Panico and Janice L. Panico's Statement of Fees and Costs Associated with Defendants' Fed. R. Civ. P. 37(a) Motion to Compel" [Doc. No. 244, filed December 31, 2009]. No objection to the calculation of costs was filed by Plaintiffs.

This court finds, upon review of the costs and fees associated with preparing the Motion to Compel, that the costs and fees claimed are reasonable and are directly related to the failures

of the plaintiffs with respect to their discovery obligations.  Therefore, in accordance with this court's order dated December 29, 2009, it is hereby

**ORDERED**

Costs and attorney's fees in the amount of $ 3,012.00. are awarded to the defendants and against the plaintiffs.

Dated this 21st day of January, 2010.

**BY THE COURT:**

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge